# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 8, 2021

Lyle W. Cayce
Clerk

No. 20-60238

Warnock Engineering, L.L.C.;
Rudolph M. Warnock, Jr.,

*Plaintiffs—Appellants*,

*versus*

Canton Municipal Utilities,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC 3:17-CV-160

Before Jones, Smith, and Elrod, *Circuit Judges*.

Per Curiam:*

The court has carefully reviewed the briefs, district court opinions and pertinent portions of the record in light of the parties' oral arguments. Having done so, we find no reversible error of fact or law. The judgment is AFFIRMED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

1